**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Eric Perez                                              CHAPTER 13
       Shannon Perez
               Debtor(s)                        BKY. NO. 21-11790 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER and index same on the master mailing list.

                                Respectfully submitted,

                                /s/ *Rebecca Solarz*
                                Rebecca Solarz
                                30 Jun 2021, 14:40:27, EDT

                                KML Law Group, P.C.
                                701 Market Street, Suite 5000
                                Philadelphia, PA 19106-1532
                                (215) 627-1322