United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 21-11790-pmm
Eric Perez  Chapter 13
Shannon Perez
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 29, 2021 | Form ID: 309I | Total Noticed: 28 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eric Perez, Shannon Perez, 3801 Royena Ave., Reading, PA 19605-1335 |
| tr | + | SCOTT F. WATERMAN (Chapter 13), Chapter 13 Trustee, 2901 St. Lawrence Ave., Suite 100, Reading, PA 19606-2265 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14617940 | + | Diamond Credit Union, 1600 Medical Dr, Pottstown, PA 19464-3242 |
| 14617943 | + | Eastern Revenue Inc, 601 Dresher Rd, Horsham, PA 19044-2238 |
| 14617944 | + | First Commonwealth Fcu, 6126 Hamilton Blvd, Allentown, PA 18106-9711 |
| 14617945 | + | Keystone Col, 220 North Duke Str, Lancaster, PA 17602-2710 |
| 14617953 | + | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 14617961 | + | Riverfront Fed Cr Un, 430 S 4th St, Reading, PA 19602-2698 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: tobykmendelsohn@comcast.net | Jun 29 2021 23:58:00 | BRENNA HOPE MENDELSOHN, Mendelsohn & Mendelsohn, PC, 637 Walnut Street, Reading, PA 19601 |
| smg | | EDI: PENNDEPTREV | Jun 30 2021 03:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 29 2021 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 29 2021 23:58:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jun 29 2021 23:58:00 | United States Trustee, Office of United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |
| 14617936 | + | Email/Text: rperez@arcadiarecovery.com | Jun 29 2021 23:58:32 | Arcadia Recovery Burea, 645 Penn St, Reading, PA 19601-3559 |
| 14617949 | | EDI: CITICORP.COM | Jun 30 2021 03:58:00 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 14617941 | + | EDI: DISCOVER.COM | Jun 30 2021 03:58:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14617947 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 29 2021 23:58:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14617948 | | Email/Text: ktramble@lendmarkfinancial.com | Jun 29 2021 23:58:00 | Lendmark Financial Ser, 2118 Usher St., |

Case 21-11790-pmm   Doc 11   Filed 07/01/21   Entered 07/02/21 00:40:16   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 29, 2021 | Form ID: 309I | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| | | | | Covington, GA 30014 |
| 14617950 | + | EDI: MID8.COM | Jun 30 2021 03:58:00 | Midland Credit Managem, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14617954 | + | Email/Text: bnc@nordstrom.com | Jun 29 2021 23:58:55 | Nordstrom/td Bank Usa, 13531 E. Caley Ave, Englewood, CO 80111-6504 |
| 14617955 | + | EDI: AGFINANCE.COM | Jun 30 2021 03:58:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14617956 | + | EDI: PRA.COM | Jun 30 2021 03:58:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14617963 | + | EDI: RMSC.COM | Jun 30 2021 03:58:00 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14617964 | + | Email/Text: Bankruptcy@wsfsbank.com | Jun 29 2021 23:58:00 | Wilmington Sav Fund So, 838 N Market, Wilmington, DE 19801-3154 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14617937 | *+ | Arcadia Recovery Burea, 645 Penn St, Reading, PA 19601-3559 |
| 14617938 | *+ | Arcadia Recovery Burea, 645 Penn St, Reading, PA 19601-3559 |
| 14617939 | *+ | Arcadia Recovery Burea, 645 Penn St, Reading, PA 19601-3559 |
| 14617942 | *+ | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14617946 | *+ | Keystone Col, 220 North Duke Str, Lancaster, PA 17602-2710 |
| 14617951 | *+ | Midland Credit Managem, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14617952 | *+ | Midland Credit Managem, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14617957 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14617958 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14617959 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14617960 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14617962 | *+ | Riverfront Fed Cr Un, 430 S 4th Street, Reading, PA 19602-2698 |

TOTAL: 0 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Jul 01, 2021 | Signature: | /s/Joseph Speetjens |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Eric Perez tobykmendelsohn@comcast.net |
| BRENNA HOPE MENDELSOHN | |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 29, 2021 | Form ID: 309I | Total Noticed: 28 |

on behalf of Joint Debtor Shannon Perez tobykmendelsohn@comcast.net

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Eric Perez<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–9622<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Shannon Perez<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–8533<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of Pennsylvania | Date case filed for chapter: | 13    6/25/21 |
| Case number: | 21–11790–pmm | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Eric Perez | Shannon Perez |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3801 Royena Ave.<br>Reading, PA 19605 | 3801 Royena Ave.<br>Reading, PA 19605 |
| 4. | **Debtor's attorney**<br>Name and address | BRENNA HOPE MENDELSOHN<br>Mendelsohn & Mendelsohn, PC<br>637 Walnut Street<br>Reading, PA 19601 | Contact phone 610–374–8088<br><br>Email: tobykmendelsohn@comcast.net |
| 5. | **Bankruptcy trustee**<br>Name and address | SCOTT F. WATERMAN (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Contact phone (610) 779–1313<br><br>Email: ECFMail@ReadingCh13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>Office of the Clerk, Gateway Building<br>201 Penn Street, 1st Floor<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M;<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 6/29/21 |

**For more information, see page 2**

Debtor **Eric Perez** and **Shannon Perez**    Case number **21–11790–pmm**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 27, 2021 at 1:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**The Mtg of Creditors will be conducted, via video conference. All interested, parties shall contact the Trustee, for connection details.** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>You must file:<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 9/25/21** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 9/3/21** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 12/22/21** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $425.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**9/9/21** at **10:00 AM** , Location: **201 Penn Street, 4th Floor, Reading, PA 19601** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |