**Fox and Fox Attorneys at Law, P.C.**
**By: Craig H. Fox, Esquire**
**Attorney I.D. #49509**
**700 E. Main Street, Suite 200**
**Norristown, PA 19401**
**Telephone: (610) 275-7990**
**Facsimile: (610) 275-2866**
**cfox@foxandfoxlaw.com**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|     **ERIC PEREZ and** | : | |
|     **SHANNON PEREZ,** | : | |
|                Debtor(s) | : | BANKRUPTCY NO. 21-11790-pmm |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES
### AND SERVICE OF PAPERS

TO THE CLERK, U.S. BANKRUPTCY COURT:

    Kindly enter my appearance on behalf of Lendmark Financial Services, LLC, in the above entitled matter, and take notice that as a party in interest, we hereby request, through Fox and Fox Attorneys at Law, P.C. and its undersigned counsel, in accordance with Bankruptcy Rules 2002, 9007, 9010, 9013 and 9014 and the Bankruptcy Code that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon: Fox and Fox Attorneys at Law, P.C., 700 E. Main Street, Suite 200, Norristown, PA 19401.

    PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any petition, application, complaint, demand, hearing, motion, pleading or request, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise.

Date:                                                                                  Respectfully submitted,

                                                                         Fox and Fox Attorneys at Law, P.C.

                                                                         /s/ Craig H. Fox

                                                                         _____
                                                                         Craig H. Fox, Esquire
                                                                         Attorney for Creditor

cc:  **Counsel for the Debtor**:                Lendmark Financial Services, LLC
      Brenna H. Mendelsohn, Esq.
      637 Walnut Street
      Reading, PA 19601

      **Trustee:**
      Scott F. Waterman
      2901 St. Lawrence Avenue, Suite 100
      Reading, PA 19606