**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|    ERIC PEREZ and | : | |
|    SHANNON PEREZ, | : | |
|                Debtor(s) | : | BANKRUPTCY NO. 21-11790-pmm |
| | : | |
| LENDMARK FINANCIAL | : | Chapter 13 |
| SERVICES, LLC | : | |
|        Moving Party | : | |
| vs. | : | |
| | : | Hearing Date: September 9, 2021 |
| ERIC PEREZ AND | : | |
| SHANNON PEREZ | : | |
|        Respondent(s) | : | |

**PRAECIPE TO WITHDRAW OBJECTION OF LENDMARK FINANCIAL SERVICES, LLC TO CONFIRMATION OF CHAPTER 13 PLAN**

To the Clerk:

Kindly withdraw the Objection of **Lendmark Financial Services, LLC**, to confirmation of Debtor's Chapter 13 Plan. On July 24, 2021, Debtors filed a First Amended Chapter 13 Plan.

                                    Respectfully submitted,

                                    /s/ Craig H. Fox, Esquire
                                    Fox and Fox Attorneys at Law, PC
                                    By: Craig H. Fox, Esquire
                                    Attorney I.D. #49509
                                    700 E. Main Street, Suite 200
                                    Norristown, PA  19401
                                    Telephone:  (610) 275-7990
                                    Facsimile:  (610) 275-2866
                                    cfox@foxandfoxlaw.com