UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Eric Perez<br>Shannon Perez,<br>        Debtors | Bankruptcy No. **21-11790**-pmm<br><br>Chapter 13 |

### CERTIFICATE OF NO RESPONSE

    I, Brenna H. Mendelsohn, Esquire of Mendelsohn & Mendelsohn, P.C., attorney for Eric and Shannon Perez, Chapter 13 Debtors, do hereby certify that I have received no response and that no response has been filed with the Court from any Creditor listed on the Matrix, the Chapter 13 Trustee or the United States Trustee for the Application for Compensation and respectfully request that this Honorable Court grant the Motion without a Hearing and an Order be entered granting the relief requested.

Dated: August 23, 2021

                                                        Respectfully Submitted,
                                                        Brenna H. Mendelsohn, Esq.
                                                        /s/ Brenna H. Mendelsohn, Esq.
                                                        Attorney for Debtor