UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Eric Perez<br>    Shannon Perez<br><br>                Debtors | Chapter 13<br>Bankruptcy No.21-11790-PMM |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 20th day of September, 2021, by first class mail upon those listed below:

Eric Perez
Shannon Perez
3801 Royena Ave.
Reading, PA  19605

**Electronically via CM/ECF System Only:**

MENDELSOHN & MENDELSOHN PC
637 WALNUT STREET
READING, PA  19601

                                            */s/ Deborah A. Earnshaw*
                                            Deborah A. Earnshaw
                                            for
                                            Scott F. Waterman, Esquire
                                            Standing Chapter 13 Trustee