**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:  **Eric Perez,**                              :          **Chapter 13**
      **Shannon Perez**                       :
           **Debtors**                  :
                                        :          **Bankruptcy No. 21-11790-pmm**

<u>**ORDER**</u>


      **AND NOW**, upon consideration of the Application for Compensation ("the Application")
filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that
proper service has been made on all interested parties and upon the Applicant's certification of
no response,

      It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of <u>**$5,300.00**</u>.

3. The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an
administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b)
and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2  less <u>**$825.00**</u> which
was paid by the Debtor(s) prepetition, to the extent such distribution is authorized under the
terms of the confirmed chapter 13 plan.


                                       BY THE COURT

Dated: 10/28/21

                                    _Patricia M. Mayer_

                        _____
                              Patricia M. Mayer
                              U.S. Bankruptcy Judge