United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Eric Perez  
Shannon Perez  
    Debtors

Case No. 21-11790-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3  
Date Rcvd: Oct 28, 2021     Form ID: 155     Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eric Perez, Shannon Perez, 3801 Royena Ave., Reading, PA 19605-1335 |
| 14617940 | + | Diamond Credit Union, 1600 Medical Dr, Pottstown, PA 19464-3242 |
| 14617943 | + | Eastern Revenue Inc, 601 Dresher Rd, Horsham, PA 19044-2238 |
| 14617944 | + | First Commonwealth Fcu, 6126 Hamilton Blvd, Allentown, PA 18106-9711 |
| 14624799 | + | First Commonwealth Federal Credit Union, 6126 Hamilton Boulevard, Suite 100, Allentown, PA 18106-9711 |
| 14617945 | + | Keystone Col, 220 North Duke Str, Lancaster, PA 17602-2710 |
| 14624705 | + | Lendmark Financial Services, LLC, C/O CRAIG H. FOX, Fox and Fox Attorneys at Law, PC, 700 E. Main Street. Ste. 200, Norristown, PA 19401-4122 |
| 14624568 | + | Lendmark Financial Services, LLC, c/o Craig H. Fox, Esquire, Fox and Fox Attorneys at Law, P.C., 700 E. Main Street, Suite 200 Norristown, PA 19401-4122 |
| 14625766 | + | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14619112 | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14622722 | + | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14619631 | | NPRTO North-East, LLC, Prog Leasing, LLC, 1059, PO Box 35146, Seattle, WA 981245146 |
| 14632445 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14617953 | + | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 14631610 | + | RIVERFRONT FCU, 430 S 4TH ST, READING, PA 19602-2698 |
| 14617961 | + | Riverfront Fed Cr Un, 430 S 4th St, Reading, PA 19602-2698 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14617936 | + | Email/Text: rperez@arcadiarecovery.com | Oct 28 2021 23:35:00 | Arcadia Recovery Burea, 645 Penn St, Reading, PA 19601-3559 |
| 14617949 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 28 2021 23:45:03 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 14626974 | | Email/Text: bnc-quantum@quantum3group.com | Oct 28 2021 23:35:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14619633 | | Email/Text: mrdiscen@discover.com | Oct 28 2021 23:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14617941 | + | Email/Text: mrdiscen@discover.com | Oct 28 2021 23:35:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14630181 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 28 2021 23:35:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 14617947 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 28 2021 23:35:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14617948 | | Email/Text: ktramble@lendmarkfinancial.com | Oct 28 2021 23:35:00 | Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 14617950 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 28 2021 23:35:00 | Midland Credit Managem, 320 East Big Beaver, Troy, MI 48083-1238 |

District/off: 0313-4 | User: admin | Page 2 of 3
Date Rcvd: Oct 28, 2021 | Form ID: 155 | Total Noticed: 36

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14623346 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 28 2021 23:35:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14619229 | + | Email/Text: ecfbankruptcy@progleasing.com | Oct 28 2021 23:35:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 14617954 | + | Email/Text: bnc@nordstrom.com | Oct 28 2021 23:35:56 | Nordstrom/td Bank Usa, 13531 E. Caley Ave, Englewood, CO 80111-6504 |
| 14621480 | + | Email/PDF: cbp@onemainfinancial.com | Oct 28 2021 23:45:02 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14617955 | + | Email/PDF: cbp@onemainfinancial.com | Oct 28 2021 23:44:58 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14626434 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2021 23:44:58 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14617956 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2021 23:44:55 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14617963 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 28 2021 23:45:02 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14631949 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 28 2021 23:45:02 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14617964 | + | Email/Text: Bankruptcy@wsfsbank.com | Oct 28 2021 23:35:00 | Wilmington Sav Fund So, 838 N Market, Wilmington, DE 19801-3154 |
| 14634233 | + | Email/Text: Bankruptcy@wsfsbank.com | Oct 28 2021 23:35:00 | Wilmington Savings Fund Society, 500 Delaware Avenue, Wilmington, DE 19801-1490 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14617937 | *+ | Arcadia Recovery Burea, 645 Penn St, Reading, PA 19601-3559 |
| 14617938 | *+ | Arcadia Recovery Burea, 645 Penn St, Reading, PA 19601-3559 |
| 14617939 | *+ | Arcadia Recovery Burea, 645 Penn St, Reading, PA 19601-3559 |
| 14617942 | *+ | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14617946 | *+ | Keystone Col, 220 North Duke Str, Lancaster, PA 17602-2710 |
| 14617951 | *+ | Midland Credit Managem, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14617952 | *+ | Midland Credit Managem, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14617957 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14617958 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14617959 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14617960 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14617962 | *+ | Riverfront Fed Cr Un, 430 S 4th Street, Reading, PA 19602-2698 |

TOTAL: 0 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Oct 28, 2021 | Form ID: 155 | Total Noticed: 36

Date: Oct 30, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|

BRENNA HOPE MENDELSOHN
    on behalf of Debtor Eric Perez tobykmendelsohn@comcast.net

BRENNA HOPE MENDELSOHN
    on behalf of Joint Debtor Shannon Perez tobykmendelsohn@comcast.net

CRAIG H. FOX
    on behalf of Creditor Lendmark Financial Services  LLC bankruptcy@foxandfoxlaw.com, cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Eric Perez and Shannon Perez
      Debtor(s)

Chapter: 13

Bankruptcy No: 21−11790−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 28th day of October 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Patricia M. Mayer
    Judge ,
    United States Bankruptcy Court

28
Form 155