| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 21-11790-PMM**

Eric Perez  
Shannon Perez  
3801 Royena Ave.  
Reading  PA    19605

Petition Filed Date: 06/25/2021  
341 Hearing Date: 07/27/2021  
Confirmation Date: 10/28/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/16/2021 | $110.00 | | 07/26/2021 | $110.00 | | 07/30/2021 | $110.00 | |
| 08/06/2021 | $110.00 | | 08/13/2021 | $110.00 | | 08/23/2021 | $110.00 | |
| 08/27/2021 | $110.00 | | 09/07/2021 | $110.00 | | 09/13/2021 | $110.00 | |
| 09/17/2021 | $110.00 | | 09/28/2021 | $110.00 | | 10/01/2021 | $110.00 | |
| 10/08/2021 | $110.00 | | 10/18/2021 | $110.00 | | 10/22/2021 | $110.00 | |
| 10/29/2021 | $110.00 | | 11/05/2021 | $110.00 | | 11/16/2021 | $110.00 | |
| 11/22/2021 | $110.00 | | 11/29/2021 | $110.00 | | 12/06/2021 | $110.00 | |
| 12/10/2021 | $110.00 | | 12/20/2021 | $110.00 | | 12/28/2021 | $110.00 | |
| 01/03/2022 | $110.00 | | 01/07/2022 | $110.00 | | 01/18/2022 | $110.00 | |
| 01/24/2022 | $110.00 | | 01/28/2022 | $110.00 | | 02/04/2022 | $110.00 | |
| 02/11/2022 | $110.00 | | 02/22/2022 | $110.00 | | 02/28/2022 | $110.00 | |
| 03/04/2022 | $110.00 | | 03/11/2022 | $110.00 | | 03/21/2022 | $110.00 | |
| 03/25/2022 | $110.00 | | 04/04/2022 | $110.00 | | 04/08/2022 | $110.00 | |
| 04/18/2022 | $110.00 | | 04/25/2022 | $110.00 | | 04/29/2022 | $110.00 | |
| 05/06/2022 | $110.00 | | 05/13/2022 | $110.00 | | 05/20/2022 | $110.00 | |
| 05/31/2022 | $110.00 | | 06/06/2022 | $110.00 | | 06/10/2022 | $110.00 | |
| 06/17/2022 | $110.00 | | 06/27/2022 | $110.00 | | 07/01/2022 | $110.00 | |
| 07/12/2022 | $110.00 | | 07/15/2022 | $110.00 | | 07/25/2022 | $110.00 | |
| 07/29/2022 | $110.00 | | | | | | | |

**Total Receipts for the Period:  $6,050.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $6,050.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | NPRTO NORTH-EAST, LLC<br>»» 001 | Unsecured Creditors | $4,625.60 | $0.00 | $4,625.60 |
| 2 | NPRTO NORTH-EAST, LLC<br>»» 002 | Unsecured Creditors | $1,561.71 | $0.00 | $1,561.71 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $18,793.96 | $0.00 | $18,793.96 |
| 4 | DISCOVER BANK<br>»» 004 | Unsecured Creditors | $4,560.01 | $0.00 | $4,560.01 |
| 5 | ONE MAIN FINANCIAL<br>»» 005 | Unsecured Creditors | $13,921.56 | $0.00 | $13,921.56 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 006 | Unsecured Creditors | $2,501.86 | $0.00 | $2,501.86 |

**Chapter 13 Case No. 21-11790-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 7 | MIDLAND CREDIT MANAGEMENT INC »» 007 | Unsecured Creditors | $1,476.09 | $0.00 | $1,476.09 |
| 8 | MIDLAND CREDIT MANAGEMENT INC »» 008 | Unsecured Creditors | $863.46 | $0.00 | $863.46 |
| 9 | MIDLAND CREDIT MANAGEMENT INC »» 009 | Unsecured Creditors | $2,793.84 | $0.00 | $2,793.84 |
| 10 | LENDMARK FINANCIAL SERVICES LLC »» 10S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | LENDMARK FINANCIAL SERVICES LLC »» 10U | Unsecured Creditors | $6,653.14 | $0.00 | $6,653.14 |
| 12 | DIAMOND FEDERAL CREDIT UNION »» 011 | Unsecured Creditors | $635.71 | $0.00 | $635.71 |
| 13 | DIAMOND FEDERAL CREDIT UNION »» 012 | Unsecured Creditors | $1,317.64 | $0.00 | $1,317.64 |
| 14 | FIRST COMMONWEALTH FCU »» 013 | Unsecured Creditors | $918.68 | $0.00 | $918.68 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $4,475.00 | $4,475.00 | $0.00 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES »» 015 | Unsecured Creditors | $1,292.41 | $0.00 | $1,292.41 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES »» 016 | Unsecured Creditors | $1,827.86 | $0.00 | $1,827.86 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES »» 017 | Unsecured Creditors | $3,905.96 | $0.00 | $3,905.96 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES »» 018 | Unsecured Creditors | $539.48 | $0.00 | $539.48 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES »» 019 | Unsecured Creditors | $417.98 | $0.00 | $417.98 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES »» 020 | Unsecured Creditors | $699.56 | $0.00 | $699.56 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES »» 021 | Unsecured Creditors | $460.72 | $0.00 | $460.72 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES »» 022 | Unsecured Creditors | $3,979.59 | $0.00 | $3,979.59 |
| 23 | DEPARTMENT STORE NATIONAL BANK »» 023 | Unsecured Creditors | $1,642.10 | $0.00 | $1,642.10 |
| 24 | PERITUS PORTFOLIO SERVICES II, LLC »» 024 | Unsecured Creditors | $1,960.59 | $0.00 | $1,960.59 |
| 25 | RIVERFRONT FEDERAL CREDIT UNION »» 025 | Unsecured Creditors | $6,461.90 | $0.00 | $6,461.90 |
| 26 | RIVERFRONT FEDERAL CREDIT UNION »» 026 | Unsecured Creditors | $6,967.19 | $0.00 | $6,967.19 |
| 27 | SYNCHRONY BANK »» 027 | Unsecured Creditors | $5,116.15 | $0.00 | $5,116.15 |
| 28 | NATIONSTAR MORTGAGE LLC »» 028 | Mortgage Arrears | $61.41 | $18.36 | $43.05 |
| 29 | WILMINGTON SAVINGS FUND SOCIETY FSB »» 029 | Secured Creditors | $2,830.15 | $846.04 | $1,984.11 |

**Chapter 13 Case No. 21-11790-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

|  |  |  |  |
|---|---|---|---|
| Total Receipts: | $6,050.00 | Current Monthly Payment: | $425.00 |
| Paid to Claims: | $5,339.40 | Arrearages: | ($370.00) |
| Paid to Trustee: | $508.20 | Total Plan Base: | $25,655.00 |
| Funds on Hand: | $202.40 |  |  |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.