Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606  

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680  

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 21-11790-PMM**

Eric Perez  
Shannon Perez  
3801 Royena Ave.  
Reading  PA   19605  

Petition Filed Date: 06/25/2021  
341 Hearing Date: 07/27/2021  
Confirmation Date: 10/28/2021  

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $110.00 | | 08/12/2022 | $110.00 | | 08/23/2022 | $110.00 | |
| 08/26/2022 | $110.00 | | 09/02/2022 | $110.00 | | 09/12/2022 | $110.00 | |
| 09/16/2022 | $110.00 | | 09/23/2022 | $110.00 | | 09/30/2022 | $110.00 | |
| 10/07/2022 | $110.00 | | 10/17/2022 | $110.00 | | 10/24/2022 | $110.00 | |
| 10/31/2022 | $110.00 | | 11/04/2022 | $110.00 | | 11/14/2022 | $110.00 | |
| 11/21/2022 | $110.00 | | 11/28/2022 | $110.00 | | 12/02/2022 | $110.00 | |
| 12/12/2022 | $110.00 | | 12/19/2022 | $110.00 | | 12/27/2022 | $110.00 | |
| 01/03/2023 | $110.00 | | 01/09/2023 | $110.00 | | 01/13/2023 | $110.00 | |
| 01/23/2023 | $110.00 | | 01/27/2023 | $110.00 | | 02/03/2023 | $110.00 | |
| 02/10/2023 | $110.00 | | 02/21/2023 | $110.00 | | 02/27/2023 | $110.00 | |
| 03/03/2023 | $110.00 | | 03/10/2023 | $110.00 | | 03/20/2023 | $110.00 | |
| 03/24/2023 | $110.00 | | 03/31/2023 | $110.00 | | 04/07/2023 | $110.00 | |
| 04/14/2023 | $110.00 | | 04/24/2023 | $110.00 | | 04/28/2023 | $110.00 | |
| 05/05/2023 | $110.00 | | 05/12/2023 | $110.00 | | 05/19/2023 | $110.00 | |
| 05/26/2023 | $110.00 | | 06/05/2023 | $110.00 | | 06/09/2023 | $110.00 | |
| 06/16/2023 | $110.00 | | 06/26/2023 | $110.00 | | 06/30/2023 | $110.00 | |
| 07/10/2023 | $110.00 | | 07/14/2023 | $110.00 | | 07/24/2023 | $110.00 | |
| 07/28/2023 | $110.00 | | | | | | | |

**Total Receipts for the Period: $5,720.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $11,880.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | NPRTO NORTH-EAST LLC »» 001 | Unsecured Creditors | $4,625.60 | $155.26 | $4,470.34 |
| 2 | NPRTO NORTH-EAST LLC »» 002 | Unsecured Creditors | $1,561.71 | $37.74 | $1,523.97 |
| 3 | DISCOVER BANK »» 003 | Unsecured Creditors | $18,793.96 | $630.81 | $18,163.15 |
| 4 | DISCOVER BANK »» 004 | Unsecured Creditors | $4,560.01 | $153.06 | $4,406.95 |
| 5 | ONE MAIN FINANCIAL »» 005 | Unsecured Creditors | $13,921.56 | $467.29 | $13,454.27 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC »» 006 | Unsecured Creditors | $2,501.86 | $83.98 | $2,417.88 |
| 7 | MIDLAND CREDIT MANAGEMENT INC »» 007 | Unsecured Creditors | $1,476.09 | $35.68 | $1,440.41 |

**Chapter 13 Case No. 21-11790-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 8 | MIDLAND CREDIT MANAGEMENT INC<br>»»  008 | Unsecured Creditors | $863.46 | $17.26 | $846.20 |
| 9 | MIDLAND CREDIT MANAGEMENT INC<br>»»  009 | Unsecured Creditors | $2,793.84 | $93.78 | $2,700.06 |
| 10 | LENDMARK FINANCIAL SERVICES LLC<br>»»  10S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | LENDMARK FINANCIAL SERVICES LLC<br>»»  10U | Unsecured Creditors | $6,653.14 | $223.30 | $6,429.84 |
| 12 | DIAMOND FEDERAL CREDIT UNION<br>»»  011 | Unsecured Creditors | $635.71 | $15.35 | $620.36 |
| 13 | DIAMOND FEDERAL CREDIT UNION<br>»»  012 | Unsecured Creditors | $1,317.64 | $37.34 | $1,280.30 |
| 14 | FIRST COMMONWEALTH FCU<br>»»  013 | Unsecured Creditors | $918.68 | $18.38 | $900.30 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $4,475.00 | $4,475.00 | $0.00 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  015 | Unsecured Creditors | $1,292.41 | $36.65 | $1,255.76 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  016 | Unsecured Creditors | $1,827.86 | $51.81 | $1,776.05 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  017 | Unsecured Creditors | $3,905.96 | $131.11 | $3,774.85 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  018 | Unsecured Creditors | $539.48 | $15.29 | $524.19 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  019 | Unsecured Creditors | $417.98 | $0.00 | $417.98 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  020 | Unsecured Creditors | $699.56 | $16.91 | $682.65 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  021 | Unsecured Creditors | $460.72 | $15.44 | $445.28 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  022 | Unsecured Creditors | $3,979.59 | $133.59 | $3,846.00 |
| 23 | DEPARTMENT STORE NATIONAL BANK<br>»»  023 | Unsecured Creditors | $1,642.10 | $55.12 | $1,586.98 |
| 24 | PERITUS PORTFOLIO SERVICES II, LLC<br>»»  024 | Unsecured Creditors | $1,960.59 | $55.59 | $1,905.00 |
| 25 | RIVERFRONT FEDERAL CREDIT UNION<br>»»  025 | Unsecured Creditors | $6,461.90 | $216.90 | $6,245.00 |
| 26 | RIVERFRONT FEDERAL CREDIT UNION<br>»»  026 | Unsecured Creditors | $6,967.19 | $233.84 | $6,733.35 |
| 27 | SYNCHRONY BANK<br>»»  027 | Unsecured Creditors | $5,116.15 | $171.73 | $4,944.42 |
| 28 | NATIONSTAR MORTGAGE LLC<br>»»  028 | Mortgage Arrears | $61.41 | $61.41 | $0.00 |
| 29 | WILMINGTON SAVINGS FUND SOCIETY FSB<br>»»  029 | Secured Creditors | $2,830.15 | $2,830.15 | $0.00 |

**Chapter 13 Case No. 21-11790-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,880.00 | Current Monthly Payment: | $425.00 |
| Paid to Claims: | $10,469.77 | Arrearages: | ($1,100.00) |
| Paid to Trustee: | $994.40 | Total Plan Base: | $25,655.00 |
| Funds on Hand: | $415.83 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.