| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 21-11790-PMM

| | |
|---|---|
| Eric Perez | Petition Filed Date: 06/25/2021 |
| Shannon Perez | 341 Hearing Date: 07/27/2021 |
| 3801 Royena Ave. | Confirmation Date: 10/28/2021 |
| Reading  PA   19605 | |

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/04/2023 | $110.00 | | 08/11/2023 | $110.00 | | 08/21/2023 | $110.00 | |
| 08/25/2023 | $110.00 | | 09/01/2023 | $110.00 | | 09/11/2023 | $110.00 | |
| 09/19/2023 | $110.00 | | 09/22/2023 | $110.00 | | 09/29/2023 | $110.00 | |
| 10/06/2023 | $110.00 | | 10/16/2023 | $110.00 | | 10/23/2023 | $110.00 | |
| 10/27/2023 | $110.00 | | 11/03/2023 | $110.00 | | 11/13/2023 | $110.00 | |
| 11/21/2023 | $110.00 | | 11/27/2023 | $110.00 | | 12/01/2023 | $110.00 | |
| 12/08/2023 | $110.00 | | 12/15/2023 | $110.00 | | 12/22/2023 | $110.00 | |
| 01/02/2024 | $110.00 | | 01/08/2024 | $110.00 | | 01/12/2024 | $110.00 | |
| 01/22/2024 | $110.00 | | 01/26/2024 | $110.00 | | 02/02/2024 | $110.00 | |
| 02/09/2024 | $110.00 | | 02/16/2024 | $110.00 | | 02/26/2024 | $110.00 | |
| 03/01/2024 | $110.00 | | 03/08/2024 | $110.00 | | 03/15/2024 | $110.00 | |
| 03/22/2024 | $110.00 | | 04/01/2024 | $110.00 | | 04/05/2024 | $110.00 | |
| 04/12/2024 | $110.00 | | 04/19/2024 | $110.00 | | 04/26/2024 | $110.00 | |
| 05/03/2024 | $110.00 | | 05/10/2024 | $110.00 | | 05/20/2024 | $110.00 | |
| 05/24/2024 | $110.00 | | 06/03/2024 | $110.00 | | 06/07/2024 | $110.00 | |
| 06/14/2024 | $110.00 | | 06/24/2024 | $110.00 | | 06/28/2024 | $110.00 | |
| 07/08/2024 | $110.00 | | 07/12/2024 | $110.00 | | 07/19/2024 | $110.00 | |
| 07/26/2024 | $110.00 | | | | | | | |

**Total Receipts for the Period: $5,720.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $17,930.00**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | NPRTO NORTH-EAST LLC<br>»» 001 | Unsecured Creditors | $4,625.60 | $423.26 | $4,202.34 |
| 2 | NPRTO NORTH-EAST LLC<br>»» 002 | Unsecured Creditors | $1,561.71 | $142.90 | $1,418.81 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $18,793.96 | $1,719.71 | $17,074.25 |
| 4 | DISCOVER BANK<br>»» 004 | Unsecured Creditors | $4,560.01 | $417.27 | $4,142.74 |
| 5 | ONE MAIN FINANCIAL GROUP LLC<br>»» 005 | Unsecured Creditors | $13,921.56 | $1,273.90 | $12,647.66 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 006 | Unsecured Creditors | $2,501.86 | $218.59 | $2,283.27 |
| 7 | MIDLAND CREDIT MANAGEMENT INC<br>»» 007 | Unsecured Creditors | $1,476.09 | $135.09 | $1,341.00 |

**Chapter 13 Case No. 21-11790-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 8 | MIDLAND CREDIT MANAGEMENT INC<br>»» 008 | Unsecured Creditors | $863.46 | $79.07 | $784.39 |
| 9 | MIDLAND CREDIT MANAGEMENT INC<br>»» 009 | Unsecured Creditors | $2,793.84 | $244.13 | $2,549.71 |
| 10 | LENDMARK FINANCIAL SERVICES LLC<br>»» 10S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | LENDMARK FINANCIAL SERVICES LLC<br>»» 10U | Unsecured Creditors | $6,653.14 | $608.75 | $6,044.39 |
| 12 | DIAMOND FEDERAL CREDIT UNION<br>»» 011 | Unsecured Creditors | $635.71 | $50.29 | $585.42 |
| 13 | DIAMOND FEDERAL CREDIT UNION<br>»» 012 | Unsecured Creditors | $1,317.64 | $109.67 | $1,207.97 |
| 14 | FIRST COMMONWEALTH FCU<br>»» 013 | Unsecured Creditors | $918.68 | $84.04 | $834.64 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $4,475.00 | $4,475.00 | $0.00 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $1,292.41 | $107.63 | $1,184.78 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $1,827.86 | $167.26 | $1,660.60 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 017 | Unsecured Creditors | $3,905.96 | $357.42 | $3,548.54 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 018 | Unsecured Creditors | $539.48 | $49.37 | $490.11 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 019 | Unsecured Creditors | $417.98 | $30.95 | $387.03 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 020 | Unsecured Creditors | $699.56 | $64.01 | $635.55 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 021 | Unsecured Creditors | $460.72 | $31.65 | $429.07 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 022 | Unsecured Creditors | $3,979.59 | $364.14 | $3,615.45 |
| 23 | DEPARTMENT STORE NATIONAL BANK<br>»» 023 | Unsecured Creditors | $1,642.10 | $136.71 | $1,505.39 |
| 24 | PERITUS PORTFOLIO SERVICES II, LLC<br>»» 024 | Unsecured Creditors | $1,960.59 | $179.44 | $1,781.15 |
| 25 | RIVERFRONT FEDERAL CREDIT UNION<br>»» 025 | Unsecured Creditors | $6,461.90 | $591.27 | $5,870.63 |
| 26 | RIVERFRONT FEDERAL CREDIT UNION<br>»» 026 | Unsecured Creditors | $6,967.19 | $637.49 | $6,329.70 |
| 27 | SYNCHRONY BANK<br>»» 027 | Unsecured Creditors | $5,116.15 | $468.17 | $4,647.98 |
| 28 | NATIONSTAR MORTGAGE LLC<br>»» 028 | Mortgage Arrears | $61.41 | $61.41 | $0.00 |
| 29 | WILMINGTON SAVINGS FUND SOCIETY FSB<br>»» 029 | Secured Creditors | $2,830.15 | $2,830.15 | $0.00 |

**Chapter 13 Case No. 21-11790-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,930.00 | Current Monthly Payment: | $425.00 |
| Paid to Claims: | $16,058.74 | Arrearages: | ($1,625.00) |
| Paid to Trustee: | $1,590.60 | Total Plan Base: | $25,655.00 |
| Funds on Hand: | $280.66 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.