| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 21-11790-PMM**

Eric Perez  
Shannon Perez  
3801 Royena Ave.  
Reading PA 19605

Petition Filed Date: 06/25/2021  
341 Hearing Date: 07/27/2021  
Confirmation Date: 10/28/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/02/2024 | $110.00 | | 08/09/2024 | $110.00 | | 08/16/2024 | $110.00 | |
| 08/23/2024 | $110.00 | | 08/30/2024 | $110.00 | | 09/09/2024 | $110.00 | |
| 09/13/2024 | $110.00 | | 09/20/2024 | $110.00 | | 09/27/2024 | $110.00 | |
| 10/04/2024 | $110.00 | | 10/11/2024 | $110.00 | | 10/21/2024 | $110.00 | |
| 10/25/2024 | $110.00 | | 11/01/2024 | $110.00 | | 11/08/2024 | $110.00 | |
| 11/19/2024 | $110.00 | | 11/22/2024 | $110.00 | | 12/03/2024 | $110.00 | |
| 12/06/2024 | $110.00 | | 12/13/2024 | $110.00 | | 12/20/2024 | $110.00 | |
| 01/02/2025 | $110.00 | | 01/06/2025 | $110.00 | | 01/10/2025 | $110.00 | |
| 01/17/2025 | $110.00 | | 01/27/2025 | $110.00 | | 01/31/2025 | $110.00 | |
| 02/07/2025 | $110.00 | | 02/14/2025 | $110.00 | | 02/24/2025 | $110.00 | |
| 02/28/2025 | $110.00 | | 03/07/2025 | $110.00 | | 03/14/2025 | $110.00 | |
| 03/21/2025 | $110.00 | | 03/31/2025 | $110.00 | | 04/07/2025 | $110.00 | |
| 04/11/2025 | $110.00 | | 04/23/2025 | $110.00 | | 04/25/2025 | $110.00 | |
| 05/02/2025 | $110.00 | | 05/09/2025 | $110.00 | | 05/16/2025 | $110.00 | |
| 05/23/2025 | $110.00 | | 06/02/2025 | $110.00 | | 06/06/2025 | $110.00 | |
| 06/13/2025 | $110.00 | | 06/23/2025 | $110.00 | | 06/27/2025 | $110.00 | |
| 07/07/2025 | $110.00 | | 07/14/2025 | $110.00 | | 07/18/2025 | $110.00 | |
| 07/25/2025 | $110.00 | | | | | | | |

**Total Receipts for the Period: $5,720.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $23,650.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | NPRTO NORTH-EAST LLC »» 001 | Unsecured Creditors | $4,625.60 | $682.50 | $3,943.10 |
| 2 | NPRTO NORTH-EAST LLC »» 002 | Unsecured Creditors | $1,561.71 | $230.41 | $1,331.30 |
| 3 | DISCOVER BANK »» 003 | Unsecured Creditors | $18,793.96 | $2,773.03 | $16,020.93 |
| 4 | DISCOVER BANK »» 004 | Unsecured Creditors | $4,560.01 | $672.85 | $3,887.16 |
| 5 | ONE MAIN FINANCIAL GROUP LLC »» 005 | Unsecured Creditors | $13,921.56 | $2,054.15 | $11,867.41 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC »» 006 | Unsecured Creditors | $2,501.86 | $355.60 | $2,146.26 |
| 7 | MIDLAND CREDIT MANAGEMENT INC »» 007 | Unsecured Creditors | $1,476.09 | $217.80 | $1,258.29 |

**Chapter 13 Case No. 21-11790-PMM**

| # | Creditor | Type | Amount | Paid | Balance |
|---|---|---|---|---|---|
| 8 | MIDLAND CREDIT MANAGEMENT INC<br>»» 008 | Unsecured Creditors | $863.46 | $127.46 | $736.00 |
| 9 | MIDLAND CREDIT MANAGEMENT INC<br>»» 009 | Unsecured Creditors | $2,793.84 | $412.26 | $2,381.58 |
| 10 | LENDMARK FINANCIAL SERVICES LLC<br>»» 10S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | LENDMARK FINANCIAL SERVICES LLC<br>»» 10U | Unsecured Creditors | $6,653.14 | $981.65 | $5,671.49 |
| 12 | DIAMOND FEDERAL CREDIT UNION<br>»» 011 | Unsecured Creditors | $635.71 | $84.85 | $550.86 |
| 13 | DIAMOND FEDERAL CREDIT UNION<br>»» 012 | Unsecured Creditors | $1,317.64 | $180.12 | $1,137.52 |
| 14 | FIRST COMMONWEALTH FCU<br>»» 013 | Unsecured Creditors | $918.68 | $135.55 | $783.13 |
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $4,475.00 | $4,475.00 | $0.00 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $1,292.41 | $176.75 | $1,115.66 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $1,827.86 | $269.70 | $1,558.16 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 017 | Unsecured Creditors | $3,905.96 | $576.34 | $3,329.62 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 018 | Unsecured Creditors | $539.48 | $79.59 | $459.89 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 019 | Unsecured Creditors | $417.98 | $61.73 | $356.25 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 020 | Unsecured Creditors | $699.56 | $95.63 | $603.93 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 021 | Unsecured Creditors | $460.72 | $65.43 | $395.29 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 022 | Unsecured Creditors | $3,979.59 | $587.20 | $3,392.39 |
| 23 | DEPARTMENT STORE NATIONAL BANK<br>»» 023 | Unsecured Creditors | $1,642.10 | $242.32 | $1,399.78 |
| 24 | PERITUS PORTFOLIO SERVICES II, LLC<br>»» 024 | Unsecured Creditors | $1,960.59 | $289.34 | $1,671.25 |
| 25 | RIVERFRONT FEDERAL CREDIT UNION<br>»» 025 | Unsecured Creditors | $6,461.90 | $953.42 | $5,508.48 |
| 26 | RIVERFRONT FEDERAL CREDIT UNION<br>»» 026 | Unsecured Creditors | $6,967.19 | $1,027.96 | $5,939.23 |
| 27 | SYNCHRONY BANK<br>»» 027 | Unsecured Creditors | $5,116.15 | $754.90 | $4,361.25 |
| 28 | NATIONSTAR MORTGAGE LLC<br>»» 028 | Mortgage Arrears | $61.41 | $61.41 | $0.00 |
| 29 | WILMINGTON SAVINGS FUND SOCIETY FSB<br>»» 029 | Secured Creditors | $2,830.15 | $2,830.15 | $0.00 |

**Chapter 13 Case No. 21-11790-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,650.00 | Current Monthly Payment: | $425.00 |
| Paid to Claims: | $21,455.10 | Arrearages: | ($2,245.00) |
| Paid to Trustee: | $2,030.05 | Total Plan Base: | $25,655.00 |
| Funds on Hand: | $164.85 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.