| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | **Eric Perez** |
| Debtor 2 (Spouse, if filing) | **Shannon Perez** |
| Unites States Bankruptcy Court for the: | **Eastern District of Pennsylvania** (State) |
| Case Number | **21-11790-PMM** |

## Official Form 410C13-N
# Trustee's Notice of Disbursements Made     12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).

### Part 1:  Mortgage Information

**Name of claim holder:** NATIONSTAR MORTGAGE LLC DBA MR COOPER

**Court claim no.** (if known): 28-2

**Last 4 digits** of any number you use to identify the debtor's account:  1 5 2 1

**Property Address:**
3801 ROYENA AVE
Number      Street

READING                                                   PA       19605
City                                                     State    ZIP Code

### Part 2:  Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3:  Arrearages

|  | Amount |
|---|---:|
| a. Allowed amount of prepetition arrearage: | $ 61.41 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 61.41 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ 61.41 |

### Part 4:  Postpetition Payment

*Check one:*

☒ Postpetition payments are made by the debtor.
☐ Postpetition payments are paid through the trustee.
☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:   $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

### Part 5:  Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee:   $ -0-

### Part 6:  A Response Is Required By Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

Trustee: /s/ Scott F. Waterman      Date: 01/22/2026

Scott F. Waterman

Address: 2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Contact phone: (610) 779-1313     Email: info@ReadingCh13.com

| Debtor 1 | **Eric Perez** | Case Number **21-11790-PMM** | Page 1 |
|---|---|---|---|
| | Name | | |

# History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 28-2 | NATIONSTAR MORTGAGE LLC | Pre-Petition Arrears | 07/22/2022 | 17231409 | Disbursement To Creditor/Principal | 18.36 |
| 28-2 | NATIONSTAR MORTGAGE LLC | Pre-Petition Arrears | 09/23/2022 | 17233325 | Disbursement To Creditor/Principal | 19.34 |
| 28-2 | NATIONSTAR MORTGAGE LLC | Pre-Petition Arrears | 11/18/2022 | 17235236 | Disbursement To Creditor/Principal | 17.20 |
| 28-2 | NATIONSTAR MORTGAGE LLC | Pre-Petition Arrears | 12/16/2022 | 17236167 | Disbursement To Creditor/Principal | 6.51 |
| | | | | | Total for Claim Number 28-2: | 61.41 |
| | | | | | **Total for Part 3 - b (Prepetition Arrears):** | **61.41** |