Certificate Number: 20102-PAE-DE-040546824

Bankruptcy Case Number: 21-11790



20102-PAE-DE-040546824

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 26, 2026, at 8:16 o'clock AM EST, Shannon Perez completed a course on personal financial management given by internet by 1stopbk.com Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: January 26, 2026

By: /s/Marcy Walter

Name: Marcy Walter

Title: President-Manager