United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Eric Perez  
Shannon Perez  
    Debtors

Case No. 21-11790-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 26, 2026 | Form ID: 138OBJ | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eric Perez, Shannon Perez, 3801 Royena Ave., Reading, PA 19605-1335 |
| 14617945 | + | Keystone Col, 220 North Duke Str, Lancaster, PA 17602-2710 |
| 14630181 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 14624705 | + | Lendmark Financial Services, LLC, C/O CRAIG H. FOX, Fox and Fox Attorneys at Law, PC, 700 E. Main Street. Ste. 200, Norristown, PA 19401-4122 |
| 14624568 | + | Lendmark Financial Services, LLC, c/o Craig H. Fox, Esquire, Fox and Fox Attorneys at Law, P.C., 700 E. Main Street, Suite 200 Norristown, PA 19401-4122 |
| 14625766 | + | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14619631 | | NPRTO North-East, LLC, Prog Leasing, LLC, 1059, PO Box 35146, Seattle, WA 981245146 |
| 14631610 | ++ | RIVERFRONT FCU, 2609 KEISER BLVD, WYOMISSING PA 19610-3338 address filed with court:, RIVERFRONT FCU, 430 S 4TH ST, READING, PA 19602 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jan 27 2026 00:34:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 27 2026 00:34:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14617936 | + | Email/Text: rperez@arcadiarecovery.com | Jan 27 2026 00:34:00 | Arcadia Recovery Burea, 645 Penn St, Reading, PA 19601-3543 |
| 14617940 | | Email/Text: bankruptcy@diamondcu.com | Jan 27 2026 00:34:00 | Diamond Credit Union, 1600 Medical Dr, Pottstown, PA 19464 |
| 14617949 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2026 00:45:05 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 14626974 | | Email/Text: bnc-quantum@quantum3group.com | Jan 27 2026 00:34:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14619633 | | Email/Text: mrdiscen@discover.com | Jan 27 2026 00:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14617941 | + | Email/Text: mrdiscen@discover.com | Jan 27 2026 00:34:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14617943 | + | Email/Text: emails@easternrevenue.com | Jan 27 2026 00:34:00 | Eastern Revenue Inc, 601 Dresher Rd, Horsham, PA 19044-2202 |
| 14617944 | + | Email/Text: debtres@firstcomcu.org | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14624799 | + | Email/Text: debtres@firstcomcu.org | Jan 27 2026 00:34:00 | First Commonwealth Fcu, 6126 Hamilton Blvd, Allentown, PA 18106-9711 |
| | | | Jan 27 2026 00:34:00 | First Commonwealth Federal Credit Union, 6126 Hamilton Boulevard, Suite 100, Allentown, PA 18106-9711 |
| 14617947 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 27 2026 00:45:22 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14617948 | | Email/Text: bk@lendmarkfinancial.com | Jan 27 2026 00:34:00 | Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 14617950 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 27 2026 00:34:00 | Midland Credit Managem, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14623346 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 27 2026 00:34:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14619112 | ^ | MEBN | Jan 27 2026 00:21:09 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14622722 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 27 2026 00:34:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14619229 | + | Email/Text: ecfbankruptcy@progleasing.com | Jan 27 2026 00:34:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 14632445 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 27 2026 00:34:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14617953 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 27 2026 00:34:00 | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 14617954 | + | Email/Text: bnc@nordstrom.com | Jan 27 2026 00:34:20 | Nordstrom/td Bank Usa, 13531 E. Caley Ave, Englewood, CO 80111-6504 |
| 14621480 | + | Email/PDF: cbp@omf.com | Jan 27 2026 00:45:22 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14617955 | + | Email/PDF: cbp@omf.com | Jan 27 2026 00:45:22 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14626434 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2026 00:45:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14617956 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2026 00:45:12 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14617963 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 27 2026 00:45:21 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14631949 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 27 2026 00:45:12 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14794744 | | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 27 2026 00:45:12 | Synchrony Bank by AIS InfoSource, LP as agent, Dept 888 PO Box 4457, Houston TX 77210-4457 |
| 14617964 | + | Email/Text: Bankruptcy@wsfsbank.com | Jan 27 2026 00:34:00 | Wilmington Sav Fund So, 838 N Market, Wilmington, DE 19801-3154 |
| 14634233 | + | Email/Text: Bankruptcy@wsfsbank.com | Jan 27 2026 00:34:00 | Wilmington Savings Fund Society, 500 Delaware Avenue, Wilmington, DE 19801-1490 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID     Bypass Reason    Name and Address**

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 26, 2026 | Form ID: 138OBJ | Total Noticed: 38 |

| | | |
|---|---|---|
| 14617937 | *+ | Arcadia Recovery Burea, 645 Penn St, Reading, PA 19601-3543 |
| 14617938 | *+ | Arcadia Recovery Burea, 645 Penn St, Reading, PA 19601-3543 |
| 14617939 | *+ | Arcadia Recovery Burea, 645 Penn St, Reading, PA 19601-3543 |
| 14617942 | *+ | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14617946 | *+ | Keystone Col, 220 North Duke Str, Lancaster, PA 17602-2710 |
| 14617951 | *+ | Midland Credit Managem, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14617952 | *+ | Midland Credit Managem, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14617957 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14617958 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14617959 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14617960 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14617962 | *+ | Riverfront Fed Cr Un, 430 S 4th Street, Reading, PA 19602-2630 |
| 14617961 | ##+ | Riverfront Fed Cr Un, 430 S 4th St, Reading, PA 19602-2630 |

TOTAL: 0 Undeliverable, 12 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2026                 Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Eric Perez tobykmendelsohn@comcast.net |
| BRENNA HOPE MENDELSOHN | on behalf of Joint Debtor Shannon Perez tobykmendelsohn@comcast.net |
| CRAIG H. FOX | on behalf of Creditor Lendmark Financial Services  LLC bankruptcy@foxandfoxlaw.com, cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 138OBJ* (6/24)–doc 50 − 41

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>　Eric Perez ) <br>　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　 )<br>　Shannon Perez ) <br>　　　　　　　　　　　　　　　 )<br>　Debtor(s). ) | Case No. 21−11790−pmm <br><br> Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

　To all creditors and parties in interest, NOTICE IS GIVEN THAT:

　The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

　Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

　All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

　In the absence of any objection, the Court may enter the Order of Discharge.

Date: January 26, 2026　　　　　　　　　　　　　　　　　　　　For The Court

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Mohung Wong
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court