United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                    Case No. 21-11790-pmm

Eric Perez                                                                                          Chapter 13

Shannon Perez

Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 30, 2026 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2026:**

**Recip ID            Recipient Name and Address**
db/jdb                  +  Eric Perez, Shannon Perez, 3801 Royena Ave., Reading, PA 19605-1335

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2026                         Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2026 at the address(es) listed below:**

**Name                                Email Address**

BRENNA HOPE MENDELSOHN
                         on behalf of Joint Debtor Shannon Perez tobykmendelsohn@comcast.net

BRENNA HOPE MENDELSOHN
                         on behalf of Debtor Eric Perez tobykmendelsohn@comcast.net

CRAIG H. FOX
                         on behalf of Creditor Lendmark Financial Services  LLC bankruptcy@foxandfoxlaw.com,
                         cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com

MATTHEW K. FISSEL
                         on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com
                         matthew.fissel@brockandscott.com

MATTHEW K. FISSEL
                         on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

District/off: 0313-4                         User: admin                              Page 2 of 2

Date Rcvd: Apr 30, 2026                      Form ID: 195                             Total Noticed: 1

SCOTT F. WATERMAN [Chapter 13]
                    ECFMail@ReadingCh13.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*


In re:                                                          : Chapter 13


Eric Perez and Shannon Perez                                    : Case No. 21–11790–pmm
            Debtor(s)


### *ORDER*
_____


    AND NOW, this day , April 29, 2026 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


                              By The Court

                              Patricia M. Mayer
                              Judge, United States Bankruptcy Court


                                                                                    Form 195